BEFORE THE FIRST DIVISION, FEBRUARY 14, 1939

**No. 40638.**—Protests 872717–G, etc., of Olaf Hertzwig Trading Co., Inc. (New York).

Opinion by BROWN, J.   On the record presented it was found that the merchandise in question is not fish in oil.   The claim at 25 percent under paragraph 718 (b) was therefore sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 14, 1939

**No. 40639.**—Protests 975490–G, etc., of L. Bamberger & Co. et al. (New York).

Opinion by TILSON, J.   It was established that certain items consist of articles of wearing apparel, not knit or crocheted, wholly or in chief value of wool, the same as those the subject of Abstract 39892.   The claim under paragraph 1115 was therefore sustained.

**No. 40640.**—Protests 949077–G, etc., of Frank Associates, Inc. (New York).

Opinion by TILSON, J.   From the record it was found that certain items consist of woven fabrics in chief value of metal threads of tinsel wire, lame or lahn.   The claim at 55 percent under paragraph 385 was therefore sustained.

**No. 40641.**—Protests 424910–G, etc., of Amberg, Schwab & Co., Inc., et al. (New York).

Opinion by TILSON, J.   From the record it was found that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230.   The claim at 60 percent under paragraph 31 was therefore sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 14, 1939

**No. 40642.**—Protests 819737–G, etc., of S. S. Adams Co. et al. (New York).

Opinion by EVANS, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40643.**—Protests 750225–G, etc., of General Aniline Works, Inc., et al. (New York).

Opinion by EVANS, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.